IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER HASWELL,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-03422-SDG-RDC |

# ORDER

The parties have settled their dispute. (Doc. 13). They are **ORDERED** to file appropriate dismissal documents within **30 DAYS** of this Order. In the meantime, the undersigned **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case and to terminate the referral.[1]

IT IS SO **ORDERED** on this 15th day of December 2025.

_____
REGINA D. CANNON
United States Magistrate Judge

---

[1] Administrative closure will not prejudice the parties' rights, and they may file a motion to re-open if settlement fails.